**Order entered March 23, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-19-01530-CR**
**No. 05-19-01531-CR**
**No. 05-19-01532-CR**
**No. 05-19-01533-CR**

**JAMES FRANKLIN BOWEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F19-40935-M, F19-40937-M,**
**F19-40936-M & F19-40939-M**

**ORDER**

Before the Court is court reporter Belinda Baraka's request for additional time to file the reporter's record in these appeals. The Court dismissed the appeals for want of jurisdiction on March 3, 2020. Therefore, we **DENY** Ms. Baraka's request as moot.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE